FILED

2010 FEB 17 PM 1:02

#60533

CLERK OF COURT
NORTHERN DISTRICT OF OHIO
CANTON

# Claims Distribution Small Checks

Case: 05-63249 - STEINER, ROBBIE A.

Trustee: JOSIAH L. MASON (550220)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920002235123366 | 10116 | 02/15/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $14.66 |
| | | | 6 | 01/08/09 | 610 | Mansfield Public Library RBC Inc PO Box 1548 Mansfield, OH 44901 | 211.95 | 211.95 | 1.28 | 1.28 |
| | | | 7 | 01/08/09 | 610 | WMFD/TV68 RBC Inc PO Box 1548 Mansfield, OH 44901 | 528.00 | 528.00 | 3.18 | 3.18 |
| | | | 8 | 01/08/09 | 610 | WRGM Radio RBC Inc PO Box 1548 Mansfield, OH 44901 | 774.12 | 774.12 | 4.66 | 4.66 |
| | | | 9 | 01/09/09 | 610 | City Of Mansfield Utility Collections 30 N. Diamond St. Mansfield, OH 44902 | 95.00 | 95.00 | 0.57 | 0.57 |
| | | | 12 | 02/04/09 | 610 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 | 824.89 | 824.89 | 4.97 | 4.97 |

(*) Denotes objection to Amount Filed